UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wagner Stolfo,

        Plaintiff,

v.

Law Office of Richard Seierstad, Esq.,

        Defendant.

Civil Action No. 10-CV-3275 PAM/LIB

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 3, filed by Plaintiff on September 16, 2010, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**

Dated: September 27, 2010

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court